# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SANTIAGO L. HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ADT CORPORATION, a Delaware corporation, and ADT LLC d/b/a ADT SECURITY SERVICES, a Florida limited liability company,<br><br>Defendants. | Case No.: 16-cv-80335-WJZ<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Santiago L. Hernandez and his counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants The ADT Corporation and ADT LLC d/b/a ADT Security Services.

Dated:  March 16, 2016

Respectfully Submitted,

**SAXENA WHITE P.A.**

*/s/ Jonathan M. Stein*
Jonathan M. Stein (Florida Bar No. 009784)
Jorge A. Amador
Adam D. Warden (Florida Bar No. 873691)
Manuel A. Miranda (Florida Bar No. 0119302)
5200 Town Center Circle
Suite 601
Boca Raton, FL 33486
Telephone:  (561) 394-3399
Facsimile:  (561) 394-3082

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2016, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. This system will send electronic notice of filing to all counsel of record by operation of the Court's electronic filing system.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2016.

*/s/ Jonathan M. Stein*
Jonathan M. Stein